NO. 07-11-0317-CR
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 AUGUST 15, 2011
 ______________________________

 EARL DEAN OSBOURN, JR.,

Appellant

 v.

 THE STATE OF TEXAS,

Appellee
 _________________________________

 FROM THE 181st DISTRICT COURT OF RANDALL COUNTY;

 NO. 13,847-B; HON. JOHN B. BOARD, PRESIDING
 _______________________________

 Order of Dismissal
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
Earl Dean Osbourn, Jr., appellant, attempts to appeal his conviction for Texas security act violations. The court imposed sentence on April 9, 2003. His notice of appeal was filed on August 4, 2011. We dismiss for want of jurisdiction.

To be timely, a notice of appeal must be filed within thirty days after the sentence is imposed or suspended in open court or within ninety days after that date if a motion for new trial is filed. Tex. R. App. P. 26.2(a). Therefore, the notice of appeal was due on May 9, 2003. 
A timely filed notice of appeal is essential to invoke our appellate jurisdiction. Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). If it is untimely, we can take no action other than to dismiss the proceeding. Id. at 523. Appellant's notice being untimely filed, we have no jurisdiction over the matter and dismiss the appeal.
Accordingly, appellants appeal is dismissed.

Brian Quinn 
 Chief Justice 

Do not publish.